UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA ⟩
⟩
⟩
v. ⟩    No. 3:14-00099
⟩    CHIEF JUDGE HAYNES
⟩
JAY PEARL KING ⟩

*ORDER Termination is GRANTED will set new [illegible signature] 9-17-14*

MOTION TO EXTEND TIME FOR FILING
MOTIONS REQUIRING AN EVIDENTIARY HEARING

Through counsel, defendant Jay Pearl King moves to extend the time for filing motions requiring an evidentiary hearing. This matter is set for trial on October 28, 2014. Mr. King is in state custody serving a state sentence.

In support of this motion, counsel would show the following:

1.      This gun case arose from a warrantless search during a traffic stop. Counsel is still investigating the circumstances surrounding the traffic stop.

2.      Counsel needs to complete this investigation before she can determine whether it is necessary or appropriate to file a motion to suppress evidence.

For these reasons, Mr. King asks the Court to extend the time for filing pretrial motions until Friday, October 10, 2014.

Respectfully submitted,


/s/ Caryll S. Alpert
CARYLL S. ALPERT (BPR#017021)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: Caryll_Alpert@fd.org

Attorney for Clay T. Lee